**DOCUMENT NOT IMAGED DUE TO ONE OR MORE REASONS LISTED
BELOW:**

☐     **TOO VOLUMINOUS**

☐     **TRANSCRIPT**

☐     **QUALITY NOT LEGIBLE**

☐     **FONT TOO SMALL**

☐     **PHOTOGRAPHS**

☐✗     **OTHER**    **Exhibit is a floppy disc, can not be scanned**

 **VIEW THE DOCUMENT YOU MUST OBTAIN THE CASE FILE AT THE**

**CLERK'S OFFICE.  THE CLERK'S OFFICE IS OPEN FROM 8:30 AM. TO 4:30**

**PM. MONDAY THROUGH FRIDAY EXCEPT FOR LEGAL HOLIDAYS.  TO**

**OBTAIN A COPY YOU CAN CALL THE CLERK'S OFFICE SERVICE CENTER**

**AT 312-435-5699.**